# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2009

137568

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOHN INGERSOLL,
        Plaintiff-Appellant,

v

GORDON TUESLEY, LINDA TUESLEY,
GERTRUDE HENDERSON, GERALD FREED,
MARY FREED, LAURA BURRER, JUDY
JOHNSON, and RON HAGERMAN,
        Defendants-Appellees.

SC: 137568
COA: 276828
Cheboygan CC: 05-007529-NZ

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

s0120

                    Clerk